DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. CONWAY

No. 555P88.

Case below: 91 N.C. App. 587.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. DEAVER

No. 567P88.

Case below: 92 N.C. App. 114.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.

STATE v. HUNT

No. 551PA88.

Case below: 91 N.C. App. 574.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1989.

STATE v. JOSEPH

No. 23P89.

Case below: 92 N.C. App. 203.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 9 February 1989.

STATE v. LUNSFORD

No. 397P88.

Case below: 90 N.C. App. 772.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1989.